**Floyd Thomas ROGERS, Sr., as next of kin of minors Rebekah Kwanita ROGERS, Jonah Jarrad Rogers, Joelle Rogers; Dykeba Lecole Rogers, as next of kin of minors Rebekah Kwanita Rogers, Jonah Jarrad Rogers, Joelle Rogers, Plaintiffs–Appellants,**

v.

**METROPOLITAN TRANSIT AUTHORITY METROLIFT; Arturo Jackson, Manager of Metrolift Services; Mary Ann Dendor, Ada Coordinator for Metrolift Services; Shirley Rodriguez, Appeals Coordinator for Metrolift Services; First Transit Inc; John Smith, Metrolift Driver, Defendants–Appellees.**

No. 03–21183.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 11, 2004.

Floyd Thomas Rogers, Sr., Houston, TX, pro se.

Dykeba Lecole Rogers, Houston, TX, pro se.

Jakki A Hansen, William Douglas Hammond, Boudreaux, Leonard & Hammond, Houston, TX, for Defendants–Appellees.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before GARZA, DEMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Floyd Thomas Rogers and Dykeba Lecole Rogers seek leave to proceed *in forma pauperis* (IFP) in the appeal of the dismissal of their suit for want of prosecution. IT IS ORDERED that their motion for leave to proceed IFP is GRANTED.

The parties have fully briefed this case. The plaintiffs fail, however, to demonstrate that the district court abused its discretion when it dismissed their case for want of prosecution. *See* FED.R.CIV.P. 41(b); *Al-Ra'id v. Ingle*, 69 F.3d 28, 33 (5th Cir. 1995); *Gonzalez v. Firestone Tire & Rubber Co.*, 610 F.2d 241, 247 (5th Cir.1980). Accordingly, the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.